IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. d/b/a/ AMERICAN ELECTRIC, and CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. d/b/a/ AMERICAN ELECTRIC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MCMILLEN, INC., an Idaho corporation, MIDWEST ELECTRICAL CONSTRUCTION, INC., a Kansas corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, BOND NO. 790114511, and HARTFORD CASUALTY INSURANCE COMPANY, BOND NO. 34BCSIW3741,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR MILLER ACT PAYMENT BOND CLAIMS |

COMES NOW United States of America for the use and benefit of Consolidated Electrical Distributors, Inc. d/b/a/ American Electric (hereafter "CED/American"), and, by and through their undersigned counsel, Jesse O. Franklin IV and Schlemlein Fick & Franklin, PLLC, for claims against the above-named Defendants, and alleges as follows:



SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

## I. NATURE OF THE ACTION

1. This is an action to recover $635,920.96 for electrical equipment and materials that CED/American furnished for use in a federal construction project but for which it has not been paid. CED/American asserts a claim under the Miller Act, 40 U.S.C. § 3131 (40 U.S.C.A. § 3133 (WEST), against the payment bond furnished by the prime contractor and its surety, and separate claims on the payment bond furnished by the electrical subcontractor to the prime contractor and its surety (the "Complaint").

## II. PARTIES, JURISDICTION, AND VENUE

1. This claim is brought in the name of the United States of America for the use and benefit of Plaintiff CED/American pursuant to 40 U.S.C. § 3133(b)(3)(A), and by CED/American in its own right to recover amounts due it pursuant to a subcontract and a Miller Act payment bond.

2. Plaintiff CED/American is a Delaware corporation duly authorized to do business in the State of Oregon, which has paid all license fees required by law, and has met all other prerequisite requirements to maintain this suit.

3. Defendant McMillen, Inc. ("McMillen") is, upon information and belief, an Idaho corporation that conducts business in Oregon and is the prime contractor that furnished a payment bond and is the principal on that bond.

4. Defendant Midwest Electrical Construction, Inc, ("Midwest") is, upon information and belief, a Kansas corporation that conducts business in Oregon and is the electrical subcontractor to the prime contractor to which CED/American furnished the electrical equipment and materials at issue.

5. Defendant Hartford Casualty Insurance Company ("Hartford") is, upon information and belief, a corporation that conducts business in the State of Oregon and issued payment Bond No. 34BCSIW3741 to McMillen as required by the Miller Act to guarantee payment for services, labor, and materials provided by subcontractors on a federal government construction project.

6. Defendant Nationwide Mutual Insurance Company ("Nationwide") is, upon


SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

information and belief, a corporation that conducts business in the State of Oregon and issued payment Bond No. 7901145511 to Midwest as required by the Miller Act to guarantee payment for services, labor, and materials provided by material suppliers and sub tier subcontractors on a federal government construction project.

7. This Court has subject-matter jurisdiction over the Miller Act claims under 28 U.S.C. § 1331 (federal question) and 40 U.S.C. § 3133(b)(3), which vests jurisdiction over civil actions on a Miller Act payment bond in the United States district courts.

8. This Court has personal jurisdiction over Defendants pursuant to O.R.C.P. 4 because, among other things, the claims asserted by CED/American against Defendants in this action arise from Defendants' regular transaction of business in the State of Oregon.

9. Pursuant to 40 U.S.C. § 3133(b)(3)(B), this action is brought in the United States District Court for the district in which the contract was to be performed. The claims stated in this Complaint arose from the performance of a subcontract on a federal public works project, the McNary Navigation Lock Power and Controls Upgrade located at Devore Road, Umatilla, Oregon 97882. As such, regardless of the amount in controversy, venue is proper in the District of Oregon, Pendleton Division.

## III. STATEMENT OF FACTS

10. On September 16, 2023, the United States Army Corp of Engineers (USACE), Walla Walla District, awarded Contract No. W912EF-23-C-0002, McNary Navigation Lock Power and Controls Upgrades, to McMillen, a general contractor, for work at the McNary Dam in Umatilla, Oregon (the "Project").

11. Pursuant to the Miller Act, 40 U.S.C. §§ 3131 to 3134, Hartford issued payment Bond No. 34BCSIW3741 to McMillen, as principal, to the USACE as security for payment of subcontractors and suppliers for labor and materials provided to the project ("the "Hartford Prime Payment Bond"). A copy of the Hartford Prime Payment Bond is attached hereto as **Exhibit A**.

12. McMillen subsequently subcontracted with Midwest to provide certain labor, materials, and equipment relating to electrical work on the Project. (the "Midwest Subcontract").


SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

13. Midwest thereafter entered in an agreement with CED/American (the "Supply Agreement"), reflected in Midwest's Purchase Order No. 23-106, dated October 17, 2023, under which CED/American was to furnish certain electrical equipment and materials relating to electrical work on the Project. A copy of the Supply Agreement is attached hereto as **Exhibit B**.

14. Pursuant to the Miller Act, 40 U.S.C. §§ 3131 to 3134, Nationwide issued payment Bond No. 7901145511 to Midwest, as principal, to the USACE as security for payment of its subcontractors and suppliers for labor and materials provided to the project ("the "Nationwide Subcontractor Payment Bond"). A copy of the Nationwide Subcontractor Payment Bond is attached hereto as **Exhibit C**.

15. CED/American performed all its obligations under the Supply Agreement. The electrical equipment and materials were delivered to the Project and actually used in, or were specifically fabricated and reasonably required for, the prosecution of the work on the Project.

16. CED/American last furnished electrical equipment and materials for use on the Project on June 25, 2026.

17. The reasonable value of the Supply Agreement was One Million Nine Hundred Ninety-Four Thousand Four Hundred Twenty-Eight and 97/100s Dollars ($1,994,428.97). With credit for payments made, the remaining balance due and owing is Six Hundred Sixteen Thousand Thirty-three and 80/100s Dollars ($616,033.80) plus accrued service fees. As of November 6, 2026, the total amount due and outstanding is therefore Six Hundred Sixty-Two Thousand Two Hundred Seventy-Seven and 76/100s Dollars ($662,227.26). A copy of the November 6, 2026, Statement is attached hereto as **Exhibit D**.

18. CED/American furnished electrical equipment and materials on the Project within one year of the date of the filing of this Complaint.

19. CED/American sent McMillen a Notice of Claim on Payment Bond ("Prime Bond Claim Notice"), via Certified Mail, Return Receipt Requested, on August 6, 2026, copying Midwest and the USACE. Per the Return Receipts, McMillen, Midwest, and the USACE all received the Prime Bond Claim Notice on August 10, 2026.


SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

20. On August 7, 2026, Hartford acknowledged receipt of CED/American's Prime Bond Claim Notice.

21. CED/American sent Midwest a Notice of Claim on Payment Bond ("Subcontractor Bond Claim Notice"), via Certified Mail, Return Receipt Requested, on July 20, 2026, and copying McMillen and the USACE. Per the Return Receipt, the USACE received the Subcontractor Bond Claim Notice on July 22, 2026, and McMillen received the Subcontractor Bond Claim Notice on July 23, 2026.

22. On July 28, 2026, Nationwide acknowledged receipt of CED/American's Subcontractor Bond Claim Notice.

23. Midwest has failed and refused to pay CED/American, despite demand therefore, the amount owed to CED/American pursuant to the terms of the Supply Agreement and for the electrical equipment and materials provided by CED/American.

24. McMillen has likewise refused to pay CED/American, despite demand therefore, the amount owed to CED/American pursuant to the terms of the Supply Agreement and for the electrical equipment and materials provided by CED/American.

25. Upon information and belief, McMillen has paid Midwest 100% of the amount claimed due by CED/American.

## IV. COUNT I

## CLAIM ON PAYMENT BONDS

26. Plaintiffs reallege and incorporate Paragraphs 1 through 25 of its Complaint as though fully set forth herein.

27. As required by the Miller Act, 40 U.S.C. §§ 3131 *et seq.*, Nationwide and Hartford issued the Nationwide Subcontractor Payment Bond and the Hartford Prime Payment Bond, respectively, guaranteeing payment to subcontractors like CED/American that furnished labor, equipment, or materials for the Project.

28. Under the Supply Agreement, CED/American has a direct contractual relationship with Midwest, a subcontractor to McMillen, the prime contractor. As such, CED/American is a


SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

claimant within the meaning of 40 U.S.C. § 3133(b)(2) and may bring a civil action against the Nationwide Subcontractor Payment Bond furnished by Midwest and the Hartford Prime Payment Bond furnished by McMillen.

29. CED/American furnished electrical equipment and materials used in carrying out work provided in a contract for which a payment bond was furnished under 40 U.S.C. § 3131.

30. McMillen and Midwest have failed or otherwise refused to remit payment to CED/American for work it performed on the Project.

31. CED/American provided timely written notice to McMillen, as the prime contractor, and Midwest as the electrical subcontractor, and to Hartford and Nationwide, as the sureties, of the unpaid amount justly due and owed for materials provided for use on the Project prior to filing this Complaint.

32. This action has been filed within one year of the last day CED/American provided labor or materials to the Project. Consequently, pursuant to 40 U.S.C. § 3131(b)(2), CED/American may bring an action on the Nationwide Subcontractor Payment Bond furnished by Midwest and the Hartford Prime Payment Bond furnished by McMillen for the amount unpaid.

33. As a direct and proximate result of Midwest/McMillen's failure to pay CED/American for electrical equipment and materials provided in connection with the Supply Agreement, and pursuant to the terms of the Miller Act, CED/American is entitled to payment in the amount of Six Hundred Sixty-Two Thousand Two Hundred Seventy-Seven and 76/100s Dollars ($662,227.26) from Defendants McMillen and Midwest and the Nationwide Subcontractor Payment Bond furnished by Midwest and the Hartford Prime Payment Bond furnished by McMillen pursuant to the Miller Act. The amount outstanding continues to increase due to accruing interest, and the entitlement, if any, to attorneys' fees and costs.

## V. PLAINTIFFS' PRAYER FOR RELIEF

WHEREFORE, having fully set forth their claims against Defendants, Plaintiffs pray for relief as follows:

A. Judgment against Defendants McMillen and Midwest, jointly and severally, for


SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

actual damages of Six Hundred Sixty-Two Thousand Two Hundred Seventy-Seven and 76/100s Dollars ($662,227.26);

B. Judgment against the Nationwide Subcontractor Payment Bond furnished by Midwest and the Hartford Prime Payment Bond furnished by McMillen, jointly and severally, for actual damages of Six Hundred Sixty-Two Thousand Two Hundred Seventy-Seven and 76/100s Dollars ($662,227.26);

C. For pre-judgment interest as allowed by law;

D. For Plaintiffs' expenses incurred in prosecuting this action, including costs of suit and reasonable attorney fees as allowed by law; and

E. For such other and further relief as the Court may deem just and equitable.

DATED this 23rd day of November, 2026.

SCHLEMLEIN FICK & FRANKLIN, PLLC

Jesse Owen Franklin IV, OSB No. 080174
66 S. Hanford St., Suite 300
Seattle, WA 98134
T: (206) 448-8100 | F: (206) 448-8514
E: jof@soslaw.com
*Attorneys for Plaintiff*